ACCEPTED
03-14-00518-CV
6228065
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:07:03 AM
JEFFREY D. KYLE
CLERK

## Nos. 03-14-00515-CV & 03-14-00518-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:07:03 AM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS
# AUSTIN, TEXAS

## SALVATORE MARGARACI AND ESTATE PROTECTION PLANNING CORPORATION, *Appellants*

### v.

## EDUARDO S. ESPINOSA, IN HIS CAPACITY AS RECEIVER OF RETIREMENT VALUE, LLC, *Appellee*

### And

## JAMES POE AND SENIOR RETIREMENT PLANNERS, LLC, *Appellants*

### v.

## EDUARDO S. ESPINOSA, IN HIS CAPACITY AS RECEIVER OF RETIREMENT VALUE, LLC, *Appellee*

### Appeal from the 200th District Court
### Travis County, Texas
*Honorable Judge Gisela Triana*

## RESPONSE TO MOTION TO CONSOLIDATE APPEALS

Respectfully submitted,

**ALDRICH PLLC**

Scott Lindsey
State Bar No. 24036969
1130 Fort Worth Club Tower
777 Taylor Street
Fort Worth, Texas 76102
Telephone:  817-336-5601
Facsimile:  817-336-5297
slindsey@aldrichpllc.com

**ATTORNEYS FOR
APPELLANTS JAMES POE
AND SENIOR RETIREMENT
PLANNERS, LLC**

## RESPONSE TO MOTION TO CONSOLIDATE APPEALS

James Poe and Senior Retirement Planners, LLC, the appellants in Cause No. 03-14-00518-CV, file their Response to Appellee Espinosa's Motion to Consolidate Appeals as follows:

Contrary to Espinosa's claim that "the cases were tried together," there was no trial involving Appellants Poe and SRP. Also incorrect is Espinosa's claim that the "issues are exactly the same" in the Magaraci appeal and the Poe appeal. Only one of Poe's three appellate issues is similar to the issue presented by Magaraci. The majority of Poe and SRP's appeal bears no similarity to Magaraci's appeal, and a cursory review of Poe's and Magaraci's appellate briefs confirms the dissimilarity in these appeals. As pointed out by Magaraci, the Poe appeal "raises two additional fact-bound issues" that are not involved in Magaraci's appeal. Margaraci's Appellants' Brief, at 7. The legal and factual issues are therefore not "exactly the same" as alleged by Espinosa, and consolidation does not simplify the issues for this Court. It is not enough to simply allege that the appeals should be consolidated since they arise from the same litigation.

The Court has many options short of consolidation that would avoid duplicate work or inconsistent results.

Appellants James Poe and Senior Retirement Planners, LLC pray that the Court deny Appellee's motion to consolidate. Appellants further request all other relief to which they may be entitled.

Respectfully submitted,

**ALDRICH PLLC**

Scott Lindsey
State Bar No. 24036969
slindsey@aldrichpllc.com
1130 Fort Worth Club Tower
777 Taylor Street
Fort Worth, Texas 76102
Telephone: 817-336-5601
Telecopier: 817-336-5297

**ATTORNEYS FOR
APPELLANTS JAMES POE
AND SENIOR RETIREMENT
PLANNERS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of July, 2015, the foregoing motion was filed electronically with the Clerk for the Third Court of Appeals. A copy was served by electronic mail upon the following:

John W. Thomas
114 W. 7th Street, Suite 1100
Austin, Texas 78701-3015
jthomas@gbkh.com

Timothy A. Hootman
2402 Pease Street
Houston, Texas 77003
Thootman2000@yahoo.com

Scott Lindsey